| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | CR-21-00293-002-PRW |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00137-CDS-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Reyna Bilbao | Western District of Oklahoma | Oklahoma City | |
| ☑ FILED  RECEIVED | NAME OF SENTENCING JUDGE | | |
| ENTERED  SERVED ON | Honorable Stephen P. Friot, United States District Judge | | |
| MAY 19 2025 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY: AMMi DEPUTY | | April 1, 2024 | March 31, 2027 |

OFFENSE

Drug Conspiracy, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Prosocial ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Oklahoma

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-16-25
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 20, 2025
*Effective Date*

_____
*United States District Judge*